1  ANN BIRMINGHAM SCHEEL
   Acting United States Attorney
2  District of Arizona
   ANGELA W. WOOLRIDGE
3  Assistant United States Attorney
   Evo A. Deconcini United States Courthouse
4  405 West Congress, Suite 4800
   Tucson, Arizona 85701-5040
5  Telephone: 520-620-7300
   angela.woolridge@usdoj.gov
6  Attorneys for Plaintiff

— FILED ___ LODGED
— RECEIVED ___ COPY

2012 MAY 10 P 1: 36

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

JGZ/BPV

7                    UNITED STATES DISTRICT COURT

8                       DISTRICT OF ARIZONA

CR12 - 1119 TUC

9   United States of America,           )   I N D I C T M E N T
                                         )
10                                       )   Violations:
                   Plaintiff,            )
11                                       )   18 USC §§ 841(c), 842(j), 844(b), and
                                         )   847; 27 C.F.R. 555.201
12          v.                           )   (Unlawful Storage of Explosive
                                         )   Material)
13  Kirby Fulton,                        )   Count 1
    (Counts 1, 2, 3, 4)                  )
14                                       )   26 USC §§ 5822, 5845(f), 5861(c), and
                                         )   5871
15                 Defendant.            )   (Possession of Unlawfully Made
                                         )   Firearm - Destructive Device)
16  _____ )   Count 2
                                         )
17                                           26 USC §§ 5841, 5845(f), 5861(d), and
                                             5871
18                                           (Possession of Unregistered Firearm -
                                             Destructive Device)
19                                           Count 3

20                                           26 USC §§ 5822, 5845(f), 5861(f), and
                                             5871
21                                           (Unlawful Making of Firearm -
                                             Destructive Device)
22                                           Count 4

23  THE GRAND JURY CHARGES:

24                            COUNT ONE

25         On or about February 8, 2010, at or near Sierra Vista, in the District of Arizona,

26  the defendant, KIRBY FULTON, knowingly stored high explosive materials, as defined in

Title 18, United States Code, Section  841(c), in a manner not in conformity with regulations promulgated by the Attorney General pursuant to Title 18, United States Code, Section 847, in that he stored high explosives, to wit: an explosive bomb, in his residence at 4950 S. Whitewing Road, Sierra Vista, Arizona, said residence not then conforming with the requirements of Type 1 storage facilities; in violation of Title 18, United States Code, Sections 842(j) and 844(b), and 27 C.F.R. 555.201 *et seq.*.

## COUNT TWO

On or about February 8, 2010, at or near Sierra Vista, in the District of Arizona, the defendant, KIRBY FULTON, knowingly possessed a firearm, that is: an explosive bomb, a destructive device as defined in Title 26, United States Code, Section 5845(f), made in violation of chapter 53 of Title 26 of the United States Code, by KIRBY FULTON; in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871.

## COUNT THREE

On or about February 8, 2010, at or near Sierra Vista, in the District of Arizona, the defendant, KIRBY FULTON, knowingly possessed a firearm, that is: an explosive bomb, a destructive device as defined in Title 26, United States Code, Section 5845(f), not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT FOUR

From on or about June 2009 to on or about February of 2010, at or near Sierra Vista, in the District of Arizona, the defendant, KIRBY FULTON, knowingly made a firearm in violation of chapter 53 of Title 26 of the United States Code, that is: an explosive bomb, a destructive device as defined in Title 26, United States Code, Section 5845(f); in violation of Title 26, United States Code, Sections 5822, 5861(f), and 5871.

United States v. **Kirby Fulton**, Indictment page 2

A TRUE BILL

*/s/*
_____
Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

*/s/*

Assistant U.S. Attorney

MAY 1 0 2012

REDACTED FOR
PUBLIC DISCLOSURE

United States v. **Kirby Fulton**, Indictment page 3