AO 442 (Rev. 01/09) Arrest Warrant

RECEIVED
U.S. MARSHALS SERVICE
2012 MAY 11 AM 9: 36
TUCSON
DISTRICT OF ARIZONA

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED _____ LODGED _____
RECEIVED _____ COPY

MAY 1 6 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America
v.
Kirby Fulton

Case No. 4:12-cr-01119-JGZ-BPV

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Kirby Fulton                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18:842(j) and 844(b) and 27 C.F.R. 555.201 Unlawful Storage of Explosive Material
26:5822, 5861(c) and 5871 Possession of Unlawfully Made Firearm - Destructive Device
26:5841, 5861(d) and 5871 Possession of Unregistered Firearm - Destructive Device
26:5822, 5861(f) and 5871 Unlawful Making of a Firearm - Destructive Device

Date: 05/10/2012

_____
*Issuing officer's signature*

City and state:   Tucson, Arizona

BRIAN D. KARTH, CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/11/12 , and the person was arrested on *(date)* 5/15/12
at *(city and state)* Sierra Vista, AZ .

Date: 5/16/12

_____
*Arresting officer's signature*

David A Lopez Special Agent ATF
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____