PS 8

# United States District Court
## for
### District of Arizona

U. S. A. vs. <u>Kirby Fulton</u>
Docket No. <u>4:12-CR-01119-JGZ-BPV-001</u>
AUSA: Angela W. Woolridge

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

     COMES NOW <u>SOONA MOUSSA</u>, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Kirby Fulton</u>, who was released by the Honorable <u>D. Thomas Ferraro</u> sitting in the Court at Tucson, on the <u>18th</u> day of <u>May</u>, 2012, who fixed bail at $ 5,000 and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**<u>ALLEGED VIOLATION:</u>**

**The defendant shall submit to drug and/or alcohol treatment, not limited to urine drug testing and breathalyzer tests, at the discretion of Pretrial Services.**

The defendant failed to report for urine testing as directed on June 20 and June 25, 2012. Additionally, the defendant failed to report for his substance abuse intake assessment at SEABHS in Sierra Vista on June 14, 2012, as directed.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant.

R. Arellano, PTS, USM (2)
copies distributed

Page 2
RE: FULTON, Kirby
June 27, 2012

_____  6/27/12
SOONA MOUSSA,                    Date
U.S. Pretrial Services Officer

Reviewed by
_____  6/27/12
MIGUEL PRIDE                     Date
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a warrant.  Considered and ordered this ___28___ day of JUNE, 20_12_ and ordered filed and made a part of the records in the above case.

_____
The Honorable BERNARDO P. VELASCO,
U.S. Magistrate Judge