# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**WARRANT FOR ARREST**

United States of America
v.

Kirby Fulton

CASE NUMBER: CR 12-01119-TUC-JGZ(BPV)

To:   The United States Marshal and any Authorized United States Officer:

**YOU ARE HEREBY COMMANDED** to arrest **KIRBY FULTON**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ■ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) VIOLATION OF PRETRIAL RELEASE CONDITIONS

In violation of Title  18  United States Code, Section(s):  3142/PT Rls

BERNARDO P. VELASCO
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

June 28, 2012, Tucson, Arizona
Date and Location

(By) Deputy Clerk

Bail fixed at $ **NO BOND** To be held without bond pending appearance before this Court.

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| Date Received 06/29/12 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 07/16/12 | Subject arrested by USMS and initialed on 07/18/12 in the District of Arizona | |

R. Arellano, PTS, USM (orig + 1cc)