## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Kirby Fulton**<br>1414 East Landers Road<br>Huachuca City, AZ 85616<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   CR 12-01119-TUC-JGZ(BPV) |

FILED ___ RECEIVED ___ COPY
SEP 28 2012
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

YOU ARE HEREBY SUMMONED to appear before the United States District Court at place, date and time set forth below:

| PLACE: | UNITED STATES DISTRICT COURTHOUSE<br>District of Arizona   [Tucson]<br>405 West Congress Street<br>Tucson, Arizona 85701 | COURTROOM:<br><br>**COURTROOM 6A**   (OR COURTROOM TO BE ASSIGNED) |
|---|---|---|
| BEFORE: | Magistrate Judge Bernardo P. Velasco | DATE and TIME:<br><br>**FRIDAY, OCTOBER 12, 2012, AT 2:00 P.M.** |

To answer a(n)

__ Indictment   __ Information   __ Complaint   __ Order of Court   __ Violation Notice   **X** Pretrial Release Violation Petition

charging you with (brief description of offense) Violation of:   **Pretrial Release Conditions**

In violation of Title   **18**   United States Code, Section(s):   **3142**

RECEIVED
U.S. MARSHALS SERVICE
2012 SEP 28 AM 9:27
DISTRICT OF ARIZONA
TUCSON OFFICE

**BERNARDO P. VELASCO**
United States District Court Magistrate Judge

*/s/ Bernardo P. Velasco*        Date:   September 18, 2012

cc: USM (orig+1cc), AUSA, PTS, Richard Jones        Copies Distributed

# RETURN OF SERVICE

Service was made by me on: **09/25/2012**
Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: **Kate Rosser 3:20 PM (mother)**

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on **09/26/2012**     **David Gonzales**
Date                             Name of United States Marshal

                                 **Eric [signature]**
                                 (by) Deputy United States Marshal

Remarks: