UNITED STATES DISTRICT COURT                          MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - TUCSON

DATE: 10/12/2012          CASE NUMBER:  CR 12-01119-TUC-JGZ(BPV)

U.S. MAGISTRATE JUDGE: BERNARDO P. VELASCO   Judge #: 70BJ

USA vs. Kirby Fulton

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ RELEASED - APPEARED ON SUMMONS  ☐ CUSTODY

U.S. Attorney  Raquel Arellano                    Interpreter Req'd  N/A

Attorney for Defendant  Richard Jones (Retained)

INITIAL APPEARANCE:

PETITION FOR VIOLATION OF ☐ PROBATION  ☐ SUPERVISED RELEASE  ☒ PRETRIAL RELEASE

Defendant  ☐ ADMITS  ☒ DENIES allegation (s) set forth in the Petition

☒ Detention Hearing held
☒ Government requests the defendant be detained.
☒ Defense counsel argues for the defendant to remain released.

☒ Defendant is Ordered detained pending ☐ Detention/Bail  ☐ evidentiary  ☐ dispositional hearings  ☒ disposition of matter

☒ Admit/Deny Hearing set for 10/22/12 at 10:10 AM  BEFORE  MAGISTRATE JUDGE VELASCO

Petition to Revoke shall be unsealed.  Mrs. Arellano moves for the bond in this matter to be forfeited.  Court directs Government to file a written Motion with the Court.

Recorded by Courtsmart         IA: 0
BY: Tiffany Dame               DH: 0
Deputy Clerk